IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| TONY MORROW, | ) | CASE NO. 6:20-CV-02033 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **UNRESISTED MOTION FOR EXTENSION OF DISCOVERY DEADLINE TO MEMORIALIZE AGREEMENT OF THE PARTIES AND RELATED TO MEDICAL RECORDS** |
| TYSON FRESH MEATS, INC., | ) | |
| Defendant. | ) | |

Defendant Tyson Fresh Meats, Inc., by and through the undersigned counsel, hereby submits this Unresisted Motion for Extension of Discovery Deadline to Memorialize Agreement of the Parties and Related to Medical Records:

1. The deadline for the close of discovery was April 30, 2021.

**Extension of the Written Discovery Deadline to Memorialize Agreement of the Parties**

2. The parties conducted written discovery in November and December 2020 and began working to schedule depositions in early February 2021.

3. The parties worked diligently to schedule depositions and took 17 depositions throughout March and April. Due to witness and attorney schedules and conflicts, many depositions were unable to be set until late April. Significantly, Plaintiff's deposition was unable to be scheduled until April 28 (the deposition was originally scheduled earlier, but needed to be rescheduled due to urgent family health issues).

4. Due to the deposition schedule and the inability to schedule depositions with enough time to serve additional written discovery, the parties agreed they could each serve additional written discovery requests after fact witness depositions.

5. The parties agreed Plaintiff could serve additional written discovery up to April 28, 2021, when Plaintiff completed her fact witness depositions and Defendant could serve written discovery until April 30, 2021, after Plaintiff was deposed. Plaintiff also agreed to respond by May 14, 2021, due to the need to reschedule her deposition.

6. Plaintiff served additional requests on April 28, 2021, and Defendant served additional requests on April 30, 2021, pursuant to the parties' agreement. By way of this Motion, the parties ask the Court to memorialize their agreement and adjust the discovery deadline to allow additional time to answer written discovery and produce responsive documents, if any.

**Extension of the Discovery Deadline for Defendant Related to Medical Records**

7. On April 29, 2021, this Court ruled on Defendant's Motion to Compel, providing a deadline of May 7, 2021, to produce medical records and responsive social media communications. On April 23, 2021, Plaintiff produced supplemental records, which Plaintiff indicated represented all records from 2010.

8. On April 28, 29 and 30, 2021, the depositions of Dr. Sunita Kantamneni, Chassity Deur and Emily Ball were taken. Dr. Sunita Kantamneni, who practices with Covenant Clinic Waverly, is Plaintiff's treating physiatrist. Chassity Deur, who practices with Covenant Clinic Waverly, is Plaintiff's treating therapist. Emily Ball, who previously practiced with UnityPoint Clinic Family Medicine on Prairie Parkway, is Plaintiff's prior primary care provider.

9. Prior to depositions of Plaintiff's treatment providers, Defendant was under the impression it had received all medical records since 2012. *See* Pl.'s Resistance to Def.'s Mot. to Compel [Dkt. 37] ("Pursuant to Plaintiff's response, she diligently collected and produced all of her medical records since August 2012 (when she started working at Tyson) until the time of production (November 2020).").

10. During the depositions of Plaintiff, Dr. Kantamneni, Ms. Deur and Ms. Ball, it became apparent numerous medical records exist that have not yet been produced. For example, Ms. Ball confirmed records existed for visits with Plaintiff on April 6, 2015, June 15, 2015, at least once in 2016 and January 6, 2017. At these visits, Plaintiff not only received mental health treatment, including prescriptions for anxiety, but, on at least one occasion, expressly mentioned her Tyson employment in relation to her condition.

11. In Ms. Deur's deposition, Ms. Deur testified records exist for visits between Ms. Deur and Plaintiff on the following dates: (1) March 1, 2021; (2) March 11, 2021; (3) March 25, 2021; (4) April 9, 2021; and (5) April 23, 2021. These visits relate to Plaintiff's ongoing mental health treatment and may reference other stressors related to Plaintiff's mental health.

12. Ms. Deur also noted a treatment record dated April 1, 2021, recording a visit between Dr. Kantamneni and Plaintiff was visible in her electronic patient files.

13. Additionally, several new providers were referenced by Plaintiff's treating professionals. Ms. Ball recalled treatment by Shawn Plunkett and Cyd Grafft at Black Hawk Grundy Mental Health. Ms. Ball confirmed at least one medical record exists from Dr. Kyle Christianson dated December 15, 2020. Ms. Ball also indicated there may be additional psychiatry records from other providers, but she was unable to disclose them from Plaintiff's mental health file.

14. Defendant has not yet received any records from these providers. The parties are working to obtain responsive records and are conferring with respect to the scope and method of production of such records.

15. Given that Defendant did not have these records during the discovery period, good cause for extension of Defendant's discovery deadline is warranted.

16. Defendant requests an extension only to the extent that medical records subsequently produced reveal the need for additional discovery on Defendant's behalf. Defendant foresees this may include, but is not limited to, depositions of newly identified providers, further depositions of prior providers in light of new records received and any discovery requests related to or arising out of information contained in the records not yet disclosed.

17. Defendant requests an extension of thirty (30) days after Plaintiff's medical record production is complete.

### **Request for Relief**

18. Defendant moves now for approval from the Court of the parties' informal agreement: that written discovery requests served on April 28 and 30, 2021, are timely and that the discovery deadline be adjusted accordingly.

19. Additionally, Defendant moves for extension of its discovery closing deadline to the extent further medical records produced uncover the need for additional discovery.

20. The pretrial conference deadline in this matter is set for December 6, 2021.

21. No other deadlines will be affected by granting Defendant's extension. The parties are not requesting any change to the dispositive motion deadline.

22. The parties have conferred regarding this Motion and Plaintiff does not object to the relief requested in this Motion.

Dated this 11th day of May, 2021.	Respectfully submitted,

BELIN McCORMICK, P.C.


 */s/ Kelsey J. Knowles*
Michael R. Reck
Kelsey J. Knowles
Erika L. Bauer
Mariah L. Slocum
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:(515) 283-4645
Facsimile: (515) 558-0645
Email:	mrreck@belinmccormick.com
	kjknowles@belinmccormick.com
	elbauer@belinmccormick.com
	mlslocum@belinmccormick.com
ATTORNEYS FOR DEFENDANT

T0345\0060\(3775913)

5
Case 6:20-cv-02033-CJW-MAR   Document 46   Filed 05/11/21   Page 5 of 5